USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-27-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    - against -

LISA BERSHAN et al.,

               Defendants.

17cv7793 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are requested to provide the Court with a status report on this case by **February 5, 2020** and explain why the case should not be closed.

SO ORDERED.

Dated:    New York, New York
        January 27, 2020

                                        John G. Koeltl
                                  United States District Judge