**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**SECURITIES AND EXCHANGE COMMISSION,**

                Plaintiff,        17-cv-7793 (JGK)

    - against -                ORDER

**LISA BERSHAN et al.,**

                Defendant.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Individual judgments with respect to the three defendants having been signed, the Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 17, 2020**       /s/ John G. Koeltl
                                            **John G. Koeltl**
                                     **United States District Judge**